# United States Court of Appeals
## For the First Circuit

No. 08-2101

UNITED STATES OF AMERICA,

Appellee,

v.

FRANTZ DePIERRE,

Defendant, Appellant.

**ERRATA**

The opinion of this Court, issued on March 17, 2010, should be amended as follows.

On page 8, line 1 of footnote 2, insert "the" between "to" and "confusion".

On page 9, line 4, replace "in all events" with "in any case".

On page 11, line 1, replace "were" with "was".

On page 12, line 2 of 2nd full paragraph, replace "powered" with "powder".